No. 739. JAMES DEWAR ET AL., PETITIONERS, *v.* J. LUDWIG MOWINCKEL. October 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for petitioners. No appearance for respondent.

No. 744. STUART WOOD, PETITIONER, *v.* BALLARD PRESTON BROWNING ET AL. November 7, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Malcolm Jackson, Mr. C. W. Campbell* and *Mr. William A. Glasgow, Jr.,* for petitioner. No appearance for respondents.

No. 745. THE UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, CLAIMANT, ETC., PETITIONER, *v.* THE NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY. November 7, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. DeLagnel Berier* and *Mr. James J. Macklin* for petitioner. *Mr. William Greenough* for respondent.

No. 749. MOORE BROTHERS, PETITIONERS, *v.* A. DREHER & COMPANY ET AL. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edwin C. Brandenburg* and *Mr. F. Walter Brandenburg* for petitioners. *Mr. James Trotter* for respondents.